# Nicole Herther-Spiro

| | |
|---|---|
| **From:** | dorothy <gothamgoldjewels@aol.com> |
| **Sent:** | Friday, April 19, 2019 2:48 PM |
| **To:** | NYSBml_Bernstein's_Chambers_Staff; rfriedman_silvermanacampora.com; ksilverman@silvermanacampora.com; pgimino@giminolaw.com; leo@leofoxlaw.com |
| **Subject:** | Trustee Silverman Final Report...TFR DOC 342 / case no. 12-12211 SMB / Dorothy Palmer |

Dear Judge Bernstein,

1. At this time I am representing myself Pro Se. Thank you for letting me do so.

2. I submit the following points regarding my opposition to the Trustee's Final Report for the Court's consideration in connection with the hearing on April 25, 2019.

3. I have read the Trustee's Final Report. TFR DKT 342 from Trustee Silverman.

4. At this time I am objecting to any distributions or fees to be paid to the Trustee, the Trustee's accountants, the Trustee's attorneys, and my previous attorney Leo Fox named in the TFR DKT 342.

5. In your Courtroom on Feb. 14, 2019, we have previously communicated about a forthcoming trial related to the validity of certain "CHASE" documents provided to your court by Trustee Silverman. The CHASE documents in question relate to the value of my total estate and potentially call the accuracy of the TFR into question. Because a resolution of the issues relating to the CHASE documents has bearing on the possible distributions sought in the TFR, I believe at this time, it would be premature to approve the distributions requested until there are clear results from the trial.

6. At the moment, I am working with CHASE Bank to identify and prepare a witness list with the name or names of the CHASE representatives to appear in your court and will provide notice of the same to the Court and to all parties.

7. In addition and at the appropriate time, I wish to have my California attorney, Mr. Pete Gimino paid in full. His total due compensation is 49,251.00. You may remember, he was my attorney representing the California portion of the Craig Palmer estate matters.

8. Next week, we are scheduled to have a hearing on April 25, 2019 related to the TFR DKT 342. I will register with your court to appear by telephone.

Always With Best Regards,

Dorothy Palmer

1