# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: § <br> § <br> PALMER, DOROTHY R. § <br> § <br> Debtor § § | Case No. 12-12211 SMB |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KENNETH P. SILVERMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 149,245.00 <br> *(Without deducting any secured claims)* | Assets Exempt: 160,000.00 |
| Total Distributions to Claimants: 3,287,532.96 | Claims Discharged <br> Without Payment: 93,141.15 |
| Total Expenses of Administration: 1,330,718.83 | |

3) Total gross receipts of $ 4,775,851.79 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 157,600.00 (see **Exhibit 2**), yielded net receipts of $ 4,618,251.79 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 2,853,212.69 | $ 0.00 | $ 3,287,532.96 | $ 3,287,532.96 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,384,370.54 | 1,292,616.25 | 1,292,616.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 416,350.64 | 416,350.64 | 38,102.58 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 9,514.35 | 15,397.59 | 13,689.28 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 67,685.61 | 30,436.87 | 16,747.59 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 2,930,412.65 | $ 1,846,555.64 | $ 5,026,936.72 | $ 4,618,251.79 |

4) This case was originally filed under chapter 11 on 05/22/2012 , and it was converted to chapter 7 on 06/16/2016 . The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/02/2019          By:/s/KENNETH P. SILVERMAN
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| COOPERATIVE SHARES -832 BROADWAY, NO. 3, NYC | 1110-000 | 4,763,000.00 |
| INTEREST IN 239 OLMSTEAD HILL RD., WILTON, CT | 1110-000 | 10,000.00 |
| T/O OF FUNDS FROM CH. 11 SPECIAL COUNSEL | 1229-000 | 2,851.79 |
| TOTAL GROSS RECEIPTS | | $4,775,851.79 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| DOROTHY R. PALMER | Exemptions | 8100-002 | 157,600.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 157,600.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | JPMorgan Chase 3415 Vision Drive Columbus, OH 43219 |  | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JPMORGAN CHASE | 4210-000 | 2,853,212.69 | 0.00 | 3,287,532.96 | 3,287,532.96 |
| **TOTAL SECURED CLAIMS** | | | $ 2,853,212.69 | $ 0.00 | $ 3,287,532.96 | $ 3,287,532.96 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:KENNETH P. SILVERMAN, ESQ. | 2100-000 | NA | 161,797.55 | 161,797.55 | 161,797.55 |
| SILVERMANACAMPORA LLP | 2300-000 | NA | 237.85 | 237.85 | 237.85 |
| 830-832/834 BROADWAY OWNER'S CORPO | 2410-000 | NA | 17,093.52 | 11,791.94 | 11,791.94 |
| EMPIRE NATIONAL BANK | 2600-000 | NA | 25,719.39 | 25,719.39 | 25,719.39 |
| SDNY CLERK OF THE COURT | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| UNITED STATES TREASURY | 2810-000 | NA | 443,394.00 | 443,394.00 | 443,394.00 |
| NEW YORK STATE INCOME TAX | 2820-000 | NA | 223,847.00 | 223,847.00 | 223,847.00 |
| THE UNITED STATES TRUSTEE OFFICE | 2950-000 | NA | 1,015.18 | 1,015.18 | 1,015.18 |
| WILMINGTON SAVINGS FUND SOCIETY | 2990-000 | NA | 237,182.82 | 0.00 | 0.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):SILVERMANACAMPORA LLP | 3210-000 | NA | 0.00 | 234,524.00 | 234,524.00 |
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):SILVERMANACAMPORA LLP | 3220-000 | NA | 0.00 | 1,576.84 | 1,576.84 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):PARITZ & CO., PA | 3410-000 | NA | 0.00 | 5,362.50 | 5,362.50 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE FEES:MALTZ AUCTIONS, INC. D/B/A MALTZ | 3610-002 | NA | 183,000.00 | 183,000.00 | 183,000.00 |
| ATTORNEY FOR DEBTOR FEES:LEO FOX, ESQ. | 3701-000 | NA | 90,733.23 | 0.00 | 0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,384,370.54 | $ 1,292,616.25 | $ 1,292,616.25 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PRIOR CHAPTER ATTORNEY FOR TRUSTEE/DIP FEES (OTHER FIRM): LEO FOX, ESQ. | 6210-160 | NA | 362,485.00 | 362,485.00 | 33,173.03 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PRIOR CHAPTER ATTORNEY FOR TRUSTEE/DIP FEES (OTHER FIRM): PETER J. GIMINO III, ESQ. | 6210-160 | NA | 48,375.00 | 48,375.00 | 4,427.07 |
| PRIOR CHAPTER ATTORNEY FOR TRUSTEE/DIP FEES (OTHER FIRM): LEO FOX, ESQ. | 6220-170 | NA | 4,614.26 | 4,614.26 | 422.28 |
| PRIOR CHAPTER ATTORNEY FOR TRUSTEE/DIP FEES (OTHER FIRM): PETER J. GIMINO III, ESQ. | 6220-170 | NA | 876.38 | 876.38 | 80.20 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ 416,350.64 | $ 416,350.64 | $ 38,102.58 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO Box 37004 Hartford, CT 06176 | | 9,514.35 | NA | NA | 0.00 |
| 000002-4A | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 15,397.59 | 13,689.28 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 9,514.35 | $ 15,397.59 | $ 13,689.28 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank, N.A. - Citi AAdvantage World MasterCard Client Services, Inc. 3451 Harry S. Truman Blvd. St. Charles, MO 63301-4047 | | 40,759.77 | NA | NA | 0.00 |
| | Foley's Pump Service, Inc. 30 Miry Brook Broad Danbury, CT 06810 | | 2,667.01 | NA | NA | 0.00 |
| | Internal Revenue Service Holtsville, NY 11712 Internal Revenue Service PO Box 37004 Hartford, CT 06176-0004 | | 9,514.35 | NA | NA | 0.00 |
| | St. Vincent Hospital - Manhattan c/o Protocol 509 Mercer Ave. Panama City, FL 32401-2631 | | 248.80 | NA | NA | 0.00 |
| 000001 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 14,495.68 | 14,498.67 | 14,498.67 | 0.00 |
| 000003 | CONNECTICUT LIGHT AND POWER | 7100-000 | NA | 20.40 | 20.40 | 0.00 |
| 000002-4B | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 15,397.59 | 1,708.31 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004-3 | CONSOLIDATED EDISON COMPANY OF NEW | 7200-000 | NA | 520.21 | 520.21 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 67,685.61 | $ 30,436.87 | $ 16,747.59 | $ 0.00 |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-12211    SMB    Judge: STUART M BERNSTEIN | Trustee Name: | KENNETH P. SILVERMAN |
|---|---|---|---|
| Case Name: | PALMER, DOROTHY R. | Date Filed (f) or Converted (c): | 06/16/16 (c) |
| | | 341(a) Meeting Date: | 08/09/16 |
| For Period Ending: | 07/17/19 | Claims Bar Date: | 02/05/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. COOPERATIVE SHARES -832 BROADWAY, NO. 3, NYC | 4,000,000.00 | 996,787.31 | | 4,763,000.00 | FA |
| 2. BANK ACCOUNT - CITIBANK | 9,000.00 | 9,000.00 | | 0.00 | FA |
| 3. HOUSEHOLD FURNISHINGS - ANTIQUES - NYC APT. INCLUDES FURNISHINGS, PAINTINGS, ART, SCULPTURES, PHOTOGRAPHIC EQUIPMENT, JEWELRY, FURS, WEARING APPAREL | 73,225.00 | 73,225.00 | | 0.00 | FA |
| 4. HOUSEHOLD FURNISHINGS - CT. RESIDENCE | 41,550.00 | 36,550.00 | | 0.00 | FA |
| 5. CITI RETIREMENT ACCOUNT - PENSION/401K | Unknown | 0.00 | | 0.00 | FA |
| 6. .26% INTEREST IN SCHRODER, WERTHEIM & CO. | 1,700.00 | 1,700.00 | | 0.00 | FA |
| 7. ACCOUNT RECEIVABLES | 3,270.00 | 3,270.00 | | 0.00 | FA |
| 8. INTEREST IN DECEASED EX-SPOUSES' ESTATE | Unknown | 0.00 | | 0.00 | FA |
| 9. INTEREST IN 239 OLMSTEAD HILL RD., WILTON, CT | 0.00 | 0.00 | | 10,000.00 | FA |
| 10. JEWELRY | 25,000.00 | 24,000.00 | | 0.00 | FA |
| 11. MERCEDES BENZ 300SE-1992 | 5,500.00 | 1,500.00 | | 0.00 | FA |
| 12. T/O OF FUNDS FROM CH. 11 SPECIAL COUNSEL (u) | 0.00 | 2,851.79 | | 2,851.79 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $4,159,245.00    $1,148,884.10    $4,775,851.79    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed his Final Report on February 12, 2019.  The Trustee disbursed the Final Distribution on June 3, 2019,
for which one distribution check remains un-cashed.   Once the check clears the Trustee's account, the Trustee will move
forward with his TDR, which is expected to be filed by August 15, 2019.

LFORM1

Ver: 22.02

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-12211    SMB    Judge: STUART M BERNSTEIN | Trustee Name: | KENNETH P. SILVERMAN |
| Case Name: | PALMER, DOROTHY R. | Date Filed (f) or Converted (c): | 06/16/16 (c) |
| | | 341(a) Meeting Date: | 08/09/16 |
| | | Claims Bar Date: | 02/05/13 |

Initial Projected Date of Final Report (TFR): 12/31/18    Current Projected Date of Final Report (TFR): 12/31/18

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 12-12211 -SMB |
| Case Name: | PALMER, DOROTHY R. |
| Taxpayer ID No: | *******1321 |
| For Period Ending: | 07/17/19 |

| | |
|---|---|
| Trustee Name: | KENNETH P. SILVERMAN |
| Bank Name: | EMPIRE NATIONAL BANK |
| Account Number / CD #: | *******4664  EARNEST MONIES ACCOUNT |
| Blanket Bond (per case limit): | $ 58,367,734.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/21/16 | 1 | WIRE TRANSFER FROM JOSEPH CHETRIT C/O THE CHETRIT GROUP O/B/O JONATHAN CHETRIT | DEPOSIT FOR COOPERATIVE APT. SUCCESSFUL BIDDER DEPOSIT ON 11/18/16 FOR PURCHASE OF COOPERATIVE SHARES OF 832 BROADWAY, APT. 3, NEW YORK, NY | 1110-000 | 320,500.00 | | 320,500.00 |
| 11/21/16 | 1 | STERLING NATIONAL BANK O/B/O JONATHAN CHETRIT | JOSEPH CHETRIT BAL OF COOP DEPOSIT BALANCE OF DEPOSIT DUE FROM SUCCESSFUL BIDDER FOR PURCHASE OF COOPERATIVE SHARES OF 832 BROADWAY, APT. 3, NEW YORK, NY | 1110-000 | 320,000.00 | | 640,500.00 |
| 03/28/17 | 1 | WIRE TRANSFER FROM JOSEPH CHETRIT C/O THE CHETRIT GROUP O/B/O JONATHAN CHETRIT | DEPOSIT FOR COOPERATIVE APT. SUCCESSFUL BIDDER ADDITIONAL DEPOSIT ON 3/27/17 FOR PURCHASE OF COOPERATIVE SHARES OF 832 BROADWAY, APT. 3, NEW YORK, NY | 1110-000 | 228,750.00 | | 869,250.00 |
| 08/22/17 | 1 | WIRE TRANSFER FROM STERLING NATIONAL BANK o/b/o JONATHAN CHETRIT | BALANCE DUE ON PURCHASE OF COOP | 1110-000 | 903,070.40 | | 1,772,320.40 |
| 08/22/17 | 1 | WIRE TRANSFER FROM STERLING NATIONAL BANK o/b/o JONATHAN CHETRIT | PURCHASE OF COOPERATIVE SHARES | 1110-000 | 2,990,679.60 | | 4,763,000.00 |
| * 08/22/17 | 000100 | 830-832/834 BROADWAY OWNERS CORP. | PAYMENT DUE FOR OUTSTANDING MAINTENANCE THROUGH AUGUST 30, 2017 | 2410-000 | | 11,791.94 | 4,751,208.06 |
| * 08/22/17 | 000100 | 830-832/834 BROADWAY OWNERS CORP. | PAYMENT DUE FOR OUTSTANDING amount changed per transfer agent. check not signed by Trustee | 2410-000 | | -11,791.94 | 4,763,000.00 |
| * 08/22/17 | 000101 | 830-832/834 BROADWAY OWNERS CORP. | PAYMENT DUE FOR OUTSTANDING MAINTENANCE THROUGH AUGUST 30, 2017 | 2410-000 | | 13,146.94 | 4,749,853.06 |
| * 08/22/17 | 000101 | 830-832/834 BROADWAY OWNERS CORP. | PAYMENT DUE FOR OUTSTANDING Transfer agent emailed and advised that original amount was accurate; this check voided and new check drafted. | 2410-000 | | -13,146.94 | 4,763,000.00 |
| | | | Page Subtotals | | 4,763,000.00 | 0.00 | |

Ver: 22.02

FORM 2        Page: 2   Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-12211 -SMB | Trustee Name: | KENNETH P. SILVERMAN |
|---|---|---|---|
| Case Name: | PALMER, DOROTHY R. | Bank Name: | EMPIRE NATIONAL BANK |
| | | Account Number / CD #: | *******4664  EARNEST MONIES ACCOUNT |
| Taxpayer ID No: | *******1321 | | |
| For Period Ending: | 07/17/19 | Blanket Bond (per case limit): | $ 58,367,734.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/22/17 | 000102 | 830-832/834 BROADWAY OWNERS CORP. | PAYMENT DUE FOR OUTSTANDING MAINTENANCE THROUGH AUGUST 30, 2017 | 2410-000 | | 11,791.94 | 4,751,208.06 |
| 08/23/17 | | Transfer to Acct #*******4679 | Bank Transfer per Closing and Order approving sale of Debtor's Cooperative Apartment | 9999-000 | | 4,751,208.06 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,763,000.00 | 4,763,000.00     0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 4,751,208.06 |
| Subtotal | 4,763,000.00 | 11,791.94 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 4,763,000.00 | 11,791.94 |

Page Subtotals     0.00     4,763,000.00

Ver: 22.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-12211 -SMB | Trustee Name: | KENNETH P. SILVERMAN |
|---|---|---|---|
| Case Name: | PALMER, DOROTHY R. | Bank Name: | EMPIRE NATIONAL BANK |
| | | Account Number / CD #: | *******4679  MAIN ESTATE ACCOUNT |
| Taxpayer ID No: | *******1321 | | |
| For Period Ending: | 07/17/19 | Blanket Bond (per case limit): | $ 58,367,734.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/23/17 | | Transfer from Acct #*******4664 | Bank Transfer per Closing and Order approving sale of Debtor's Cooperative Apartment | 9999-000 | 4,751,208.06 | | 4,751,208.06 |
| * 08/28/17 | 000100 | JPMORGAN CHASE BANK, N.A. | PAYMENT IN FULL OF SECURED LIEN PER ORDER DATED 8/25/17 | 4210-000 | | 3,295,140.93 | 1,456,067.13 |
| 08/28/17 | 000101 | DOROTHY R. PALMER | PAYMENT IN FULL OF DEBTOR'S HOMESTEAD EXEMPTION PER ORDER DATED 8/25/17 | 8100-002 | | 150,000.00 | 1,306,067.13 |
| 09/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 863.01 | 1,305,204.12 |
| * 09/12/17 | 000100 | JPMORGAN CHASE BANK, N.A. | PAYMENT IN FULL OF SECURED LIEN secured lender figures changed.  original check never signed by Trustee or sent out. check reversed. | 4210-000 | | -3,295,140.93 | 4,600,345.05 |
| 09/12/17 | 000102 | JPMORGAN CHASE BANK, N.A. | PAYMENT IN FULL OF SECURED LIEN PER ORDER DATED 8/25/17 | 4210-000 | | 3,287,532.96 | 1,312,812.09 |
| 10/02/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 2,876.71 | 1,309,935.38 |
| 10/06/17 | 12 | THE GIMINO LAW OFFICE, | T/O OF FUNDS - CH 11 SPEC COUNSEL | 1229-000 | 2,851.79 | | 1,312,787.17 |
| 11/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,950.65 | 1,310,836.52 |
| 12/01/17 | 000103 | MALTZ AUCTIONS, INC. d/b/a MALTZ AUCTIONS | BROKER'S FEES FROM BUYER'S PREMIUM ON SALE OF COOPERATIVE APARTMENT PER ORDER DATED 12/1/17 | 3610-002 | | 183,000.00 | 1,127,836.52 |
| 12/01/17 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,885.45 | 1,125,951.07 |
| 12/07/17 | 9 | SELENE FINANCE | STLMT CLAIMS TO WILTON, CT PROPERTY | 1110-000 | 10,000.00 | | 1,135,951.07 |
| 01/02/18 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,720.58 | 1,134,230.49 |
| 02/01/18 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,685.89 | 1,132,544.60 |
| 03/01/18 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,520.40 | 1,131,024.20 |
| 04/02/18 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,681.04 | 1,129,343.16 |
| 05/01/18 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,624.48 | 1,127,718.68 |
| 06/01/18 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,676.13 | 1,126,042.55 |

Page Subtotals  4,764,059.85   3,638,017.30

Ver: 22.02

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-12211-SMB | | Trustee Name: | KENNETH P. SILVERMAN |
|---|---|---|---|---|
| Case Name: | PALMER, DOROTHY R. | | Bank Name: | EMPIRE NATIONAL BANK |
| | | | Account Number / CD #: | *******4679 MAIN ESTATE ACCOUNT |
| Taxpayer ID No: | *******1321 | | | |
| For Period Ending: | 07/17/19 | | Blanket Bond (per case limit): | $ 58,367,734.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/02/18 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,619.65 | 1,124,422.90 |
| 07/10/18 | 000104 | SILVERMANACAMPORA LLP | REIMBURSEMENT OF TRUSTEE'S BOND PREMIUM FOR PERIOD 6/19/18-6/19/19 | 2300-000 | | 237.85 | 1,124,185.05 |
| 08/01/18 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,671.07 | 1,122,513.98 |
| 09/04/18 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,668.39 | 1,120,845.59 |
| 10/01/18 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,612.42 | 1,119,233.17 |
| 11/01/18 | | EMPIRE NATIONAL BANK | BANK SERVICE FEE | 2600-000 | | 1,663.52 | 1,117,569.65 |
| 11/13/18 | 000105 | UNITED STATES TREASURY | 2017 FORM 1041-V EIN NO. 81-6911321 - DOROTHY R. PALMER | 2810-000 | | 443,394.00 | 674,175.65 |
| 11/13/18 | 000106 | NEW YORK STATE INCOME TAX | NYS FORM IT-205-V EIN NO. 81-6911321; 2017; DOROTHY R. PALMER | 2820-000 | | 223,847.00 | 450,328.65 |
| 12/17/18 | 000107 | DOROTHY R. PALMER 2560 SOUTH OCEAN BLVD, .#702 PALM BEACH, FL 33480 | PAYMENT IN FULL OF DEBTOR'S ADDITIONAL HOMESTEAD EXEMPTION PER STIP AND ORDER DATED 12/4/18 | 8100-002 | | 7,600.00 | 442,728.65 |
| 06/03/19 | 000108 | KENNETH P. SILVERMAN, ESQ. | Chapter 7 Compensation/Expense | 2100-000 | | 161,797.55 | 280,931.10 |
| * 06/03/19 | 000109 | CLERK OF THE U.S. BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK 1 BOWLING GREEN NEW YORK, NY 10004 | FINAL DISTRIBUTION | 2700-000 | | 350.00 | 280,581.10 |
| 06/03/19 | 000110 | THE UNITED STATES TRUSTEE OFFICE U.S. FEDERAL OFFICE BULDING 201 VARICK STREET, SUITE 1006 NEW YORK, NEW YORK 10014 | FINAL DISTRIBUTION | 2950-000 | | 1,015.18 | 279,565.92 |
| 06/03/19 | 000111 | SILVERMANACAMPORA LLP | FINAL DISTRIBUTION | | | 236,100.84 | 43,465.08 |
| | | | Fees          234,524.00 | 3210-000 | | | |
| | | | Expenses        1,576.84 | 3220-000 | | | |
| 06/03/19 | 000112 | PARITZ & CO., P.A. 401 HACKENSACK AVENUE, 4TH FLOOR | FINAL DISTRIBUTION | 3410-000 | | 5,362.50 | 38,102.58 |

Page Subtotals          0.00        1,087,939.97

Ver: 22.02

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 14)*

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-12211 -SMB | Trustee Name: | KENNETH P. SILVERMAN |
|---|---|---|---|
| Case Name: | PALMER, DOROTHY R. | Bank Name: | EMPIRE NATIONAL BANK |
| | | Account Number / CD #: | *******4679 MAIN ESTATE ACCOUNT |
| Taxpayer ID No: | *******1321 | | |
| For Period Ending: | 07/17/19 | Blanket Bond (per case limit): | $ 58,367,734.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/03/19 | 000113 | LEO FOX, ESQ.<br>630 THIRD AVENUE<br>NEW YORK, NY 10017<br>HACKENSACK, NJ 07601 | FINAL DISTRIBUTION | | | 33,595.31 | 4,507.27 |
| | | | Fees       33,173.03 | 6210-160 | | | |
| | | | Expenses      422.28 | 6220-170 | | | |
| 06/03/19 | 000114 | PETER J. GIMINO III, ESQ.<br>1 PARK PLAZA, SUITE 600<br>IRVINE, CA, 92614 | FINAL DISTRIBUTION | | | 4,507.27 | 0.00 |
| | | | Fees        4,427.07 | 6210-160 | | | |
| | | | Expenses       80.20 | 6220-170 | | | |
| * 06/11/19 | 000109 | CLERK OF THE U.S. BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>1 BOWLING GREEN<br>NEW YORK, NY 10004 | FINAL DISTRIBUTION<br>stop payment successful 6/11/19 | 2700-000 | | -350.00 | 350.00 |
| 06/11/19 | 000115 | CLERK OF THE U.S. BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>1 BOWLING GREEN<br>NEW YORK, NY 10004 | FINAL DISTRIBUTION<br>REPLACES CHECK NO. 109 | 2700-000 | | 350.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,764,059.85 | 4,764,059.85 | 0.00 |
| Less: Bank Transfers/CD's | 4,751,208.06 | 0.00 | |
| Subtotal | 12,851.79 | 4,764,059.85 | |
| Less: Payments to Debtors | | 157,600.00 | |
| Net | 12,851.79 | 4,606,459.85 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| EARNEST MONIES ACCOUNT - ********4664 | 4,763,000.00 | 11,791.94 | 0.00 |
| MAIN ESTATE ACCOUNT - ********4679 | 12,851.79 | 4,606,459.85 | 0.00 |

Page Subtotals        0.00        38,102.58

Ver: 22.02

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-12211 -SMB | | Trustee Name: | KENNETH P. SILVERMAN |
| --- | --- | --- | --- | --- |
| Case Name: | PALMER, DOROTHY R. | | Bank Name: | EMPIRE NATIONAL BANK |
| | | | Account Number / CD #: | *******4679  MAIN ESTATE ACCOUNT |
| Taxpayer ID No: | *******1321 | | | |
| For Period Ending: | 07/17/19 | | Blanket Bond (per case limit): | $ 58,367,734.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 4,775,851.79 | 4,618,251.79 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

Ver: 22.02

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*